IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. CR-07-26-D |
| STEVE STANDIFER, | ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

Before the Court is Defendant's *pro se* writing that was received by the Clerk and filed in the case record on March 26, 2015 [Doc. No. 98]. The paper is liberally construed as a motion for early termination of Defendant's supervised release term, which will otherwise end June 21, 2016. The government has responded to the Motion and has provided information supplied by Defendant's supervising probation officer. The government states that Defendant's conduct may warrant early termination of his supervised release and that it has no objection to granting Defendant's request, if the Court finds that early termination is appropriate.

A district court has discretionary authority to terminate a term of supervised release and discharge the defendant at any time after expiration of one year of supervision if, after considering certain § 3553 factors, the court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." *See* 18 U.S.C. § 3583(e)(1); *see also Rhodes v. Judiscak*, 676 F.3d 931, 933 (10th Cir. 2012). Upon consideration of Defendant's motion in light of the information provided by the government, the Court finds

that early termination of Defendant's term of supervised release is warranted and that his motion should be granted.

IT IS THEREFORE ORDERED that Defendant's term of supervised release is hereby terminated and Defendant is discharged from supervision.

IT IS SO ORDERED this 14th day of April, 2015.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE